# Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-308-936

**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
July 18, 2022

---

## Title

**Title of Work:**  Staying Alive

## Completion/Publication

**Year of Completion:**  2020
**Date of 1st Publication:**  April 10, 2020
**Nation of 1st Publication:**  Brazil

## Author

• **Author:**  Eduardo Andre Ely
**Author Created:**  2-D artwork
**Citizen of:**  Brazil

## Copyright Claimant

**Copyright Claimant:**  Eduardo Andre Ely
Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

## Rights and Permissions

**Name:**  Eduardo Andre Ely
**Email:**  contato.educly@gmail.com

## Certification

**Name:**  David Denholm
**Date:**  June 22, 2022
**Applicant's Tracking Number:**  EE2022062209

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-308-923

**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
July 18, 2022

---

## Title

**Title of Work:** Death By Overthinking

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** July 26, 2021
**Nation of 1st Publication:** Brazil

## Author

**•         Author:** Eduardo Andre Ely
**Author Created:** 2-D artwork
**Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Eduardo Andre Ely
Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

## Rights and Permissions

**Name:** Eduardo Andre Ely
**Email:** contato.educly@gmail.com

## Certification

**Name:** David Denholm
**Date:** June 22, 2022
**Applicant's Tracking Number:** EE2022062205

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VA 2-308-934
**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
July 18, 2022

---

## Title

**Title of Work:** I Don't Need No Body

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** May 21, 2020
**Nation of 1st Publication:** Brazil

## Author

**Author:** Eduardo Andre Ely
**Author Created:** 2-D artwork
**Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Eduardo Andre Ely
Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

## Rights and Permissions

**Name:** Eduardo Andre Ely
**Email:** contato.eduely@gmail.com

## Certification

**Name:** David Denholm
**Date:** June 22, 2022
**Applicant's Tracking Number:** EE2022062202

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-308-925

**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
July 18, 2022

---

**Title** _____

**Title of Work:** Believe in Yourself

**Completion/Publication** _____

**Year of Completion:** 2020
**Date of 1st Publication:** July 30, 2020
**Nation of 1st Publication:** Brazil

**Author** _____

- **Author:** Eduardo Andre Ely
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

**Copyright Claimant** _____

**Copyright Claimant:** Eduardo Andre Ely
Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

**Rights and Permissions** _____

**Name:** Eduardo Andre Ely
**Email:** contato.educly@gmail.com

**Certification** _____

**Name:** David Denholm
**Date:** June 22, 2022
**Applicant's Tracking Number:** EE2022062207

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-308-921

**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
July 18, 2022

---

## Title

**Title of Work:** Let's Make a Deal

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** August 07, 2020
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Eduardo Andre Ely
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Eduardo Andre Ely
Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

## Rights and Permissions

**Name:** Eduardo Andre Ely
**Email:** contato.eduely@gmail.com

## Certification

**Name:** David Denholm
**Date:** June 22, 2022
**Applicant's Tracking Number:** EE2022062206

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-308-940

**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
July 18, 2022

---

## Title

**Title of Work:** Houston I Have So Many Problems

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** December 04, 2019
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Eduardo Andre Ely
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Eduardo Andre Ely
Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

## Rights and Permissions

**Name:** Eduardo Andre Ely
**Email:** contato.eduely@gmail.com

## Certification

**Name:** David Denholm
**Date:** June 22, 2022
**Applicant's Tracking Number:** EE2022062201

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-308-926

**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
July 18, 2022

---

## Title

**Title of Work:** Cat Song

## Completion/Publication

**Year of Completion:** 2019
**Date of 1st Publication:** August 22, 2019
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Eduardo Andre Ely
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Eduardo Andre Ely
Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

## Rights and Permissions

**Name:** Eduardo Andre Ely
**Email:** contato.eduely@gmail.com

## Certification

**Name:** David Denholm
**Date:** June 22, 2022
**Applicant's Tracking Number:** EE2022062204



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director



**Registration Number**

## VA 2-308-917

**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
July 18, 2022

---

## Title

**Title of Work:** Waiting For You

## Completion/Publication

**Year of Completion:** 2021
**Date of 1st Publication:** May 05, 2021
**Nation of 1st Publication:** Brazil

## Author

• **Author:** Eduardo Andre Ely
**Author Created:** 2-D artwork
**Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Eduardo Andre Ely
Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

## Rights and Permissions

**Name:** Eduardo Andre Ely
**Email:** contato.educly@gmail.com

## Certification

**Name:** David Denholm
**Date:** June 22, 2022
**Applicant's Tracking Number:** EE2022062210

---



# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VA 2-308-938

**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
July 18, 2022

---

**Title** _____

       **Title of Work:**   Black Coffee

**Completion/Publication** _____

     **Year of Completion:**   2018
    **Date of 1st Publication:**   November 28, 2018
  **Nation of 1st Publication:**   Brazil

**Author** _____

          &bull;     **Author:**   Eduardo Andre Ely
     **Author Created:**   2-D artwork
        **Citizen of:**   Brazil

**Copyright Claimant** _____

   **Copyright Claimant:**   Eduardo Andre Ely
                       Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

**Rights and Permissions** _____

          **Name:**   Eduardo Andre Ely
          **Email:**   contato.eduely@gmail.com

**Certification** _____

          **Name:**   David Denholm
           **Date:**   June 22, 2022
 **Applicant's Tracking Number:**   EE2022062208



# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-312-227**

**Effective Date of Registration:**
June 22, 2022
**Registration Decision Date:**
August 05, 2022

---

## Title

**Title of Work:** Hail Lucipurr

## Completion/Publication

**Year of Completion:** 2020
**Date of 1st Publication:** March 02, 2020
**Nation of 1st Publication:** Brazil

## Author

- **Author:** Eduardo Andre Ely
  **Author Created:** 2-D artwork
  **Citizen of:** Brazil

## Copyright Claimant

**Copyright Claimant:** Eduardo Andre Ely
Rua Jardim Europa 150E, Maria Goretti, Chapecó SC, Brazil

## Rights and Permissions

**Name:** Eduardo Andre Ely
**Email:** contato.eduely@gmail.com

## Certification

**Name:** David Denholm
**Date:** June 22, 2022
**Applicant's Tracking Number:** EE2022062203

---

Page 1 of 1

